# United States Bankruptcy Court
## District of Maryland

In re **Deidra Harris-Easly**    Case No. **10-16854**
Debtor(s)    Chapter **13**

## AMENDED CHAPTER 13 PLAN

☐ Original Plan    ☒ Amended Plan    ☐ Modified Plan

The Debtor proposes the following Chapter 13 plan and makes the following declarations:

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee, and Debtor will pay as follows (select only one):

    a. $ **123.00** per month for a term of **60** months. OR

    b. $____ per month for ____ month(s),
       $____ per month for ____ month(s),
       $____ per month for ____ month(s), for a total term of ____ months. OR

    c. $____ per month prior to confirmation of this plan, and $ ____ per month after confirmation of this plan, for a total term of ____ months (if this option is selected, complete 2.e.i.).

2. From the payments received, the Trustee will make the disbursements in the order described below:
    a. Allowed unsecured claims for domestic support obligations and trustee commissions.
    b. Administrative claims under 11 U.S.C. § 507(a)(2), including attorney's fee balance of $ **1,966.00** (unless allowed for a different amount by an order of court). **Attorney's fee balance to be disbursed pursuant to Appendix F of the Local Bankruptcy Rules.**
    c. Claims payable under 11 U.S.C. § 1326(b)(3). Specify the monthly payment: $ **0.00** .
    d. Other priority claims defined by 11 U.S.C. § 507(a)(3) - (10). The Debtor anticipates the following claims:

| Claimant | Amount of Claim |
|---|---|
| **Comptroller of Maryland** | 0.00 |
| **Internal Revenue Service** | 1,646.92 |

    e. Concurrent with payments on non-administrative priority claims, the Trustee will pay secured creditors as follows:

    i. Until the plan is confirmed, adequate protection payments and/or personal property lease payments on the following claims will be paid directly by the Debtor; and, after confirmation of the plan, the claims will be treated as specified in 2.e.ii or 2.e.iii, below (designate the amount of the monthly payment to be made by the Debtor prior to confirmation, and provide the redacted account number (last 4 digits only), if any, used by the claimant to identify the claim):

| Claimant | Redacted Acct. No. | Monthly Payment |
|---|---|---|
| **-NONE-** | | |

    ii. Pre-petition arrears on the following claims will be paid through equal monthly amounts under the plan while the Debtor maintains post-petition payments directly (designate the amount of anticipated arrears, and the amount of monthly payment for arrears to be made under the plan):

| Claimant | Anticipated Arrears | Monthly Payment | No. of Mos. |
|---|---|---|---|
| **-NONE-** | | | |

**Local Bankruptcy Form M**

Ver. 11.07

   iii. The following secured claims will be paid in full, as allowed, at the designated interest rates through equal monthly amounts under the plan:

| Claimant | Amount | % Rate | Monthly Payment | No. of Mos. |
|---|---|---|---|---|
| -NONE- | | | | |

   iv. The following secured claims will be satisfied through surrender of the collateral securing the claims (describe the collateral); any allowed claims for deficiencies will be paid pro rata with general unsecured creditors; upon confirmation of the plan, the automatic stay is lifted, if not modified earlier, as to the collateral of the listed creditors:

| Claimant | Amount of Claim | Description of Collateral |
|---|---|---|
| -NONE- | | |

   v. The following secured claims are not affected by this plan and will be paid outside of the plan directly by the Debtor:

| Claimant |
|---|
| **Capital One Auto Finance** |

   vi. If any secured claim not described in the previous paragraphs is filed and not disallowed, that claim shall be paid or otherwise dealt with outside the plan directly by the Debtor, and it will not be discharged upon completion of the plan.

   vii. In the event that the trustee is holding funds in excess of those needed to make the payments specified in the Plan for any month, the trustee may pay secured claims listed in paragraphs 2.e.ii and 2.e.iii in amounts larger than those specified in such paragraphs.

  f. After payment of priority and secured claims, the balance of funds will be paid pro rata on allowed general, unsecured claims. (If there is more than one class of unsecured claims, describe each class.)

3. The amount of each claim to be paid under the plan will be established by the creditor's proof of claim or superseding Court order. The Debtor anticipates filing the following motion(s) to value a claim or avoid a lien. (Indicate the asserted value of the secured claim for any motion to value collateral.):

| Claimant | Amount of Claim | Description of Property |
|---|---|---|
| -NONE- | | |

4. Payments made by the Chapter 13 trustee on account of arrearages on pre-petition secured claims may be applied only to the portion of the claim pertaining to pre-petition arrears, so that upon completion of all payments due under the Plan, the loan will be deemed current through the date of the filing of this case. For the purposes of the imposition of default interest and post-petition charges, the loan shall be deemed current as of the filing of this case.

5. Secured Creditors who are holding claims subject to cramdown will retain their liens until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or discharge under § 1328; and if the case is dismissed or converted without completion of the plan, the lien shall also be retained by such holders to the extent recognized under applicable nonbankruptcy law.

6. The following executory contracts and/or unexpired leases are assumed (or rejected, so indicate); any unexpired lease with respect to personal property that has not previously been assumed during the case, and is not assumed in the plan, is deemed rejected and the stay of §§ 362 and/or 1301 is automatically terminated:

| Other Party | Description of Contract or Lease | Assumed or Rejected |
|---|---|---|
| **Sawyer Realty Holding, LLC** | **residential lease** | **Assume** |

**Local Bankruptcy Form M - Page 2**

Ver. 11.07

7. Title to the Debtor's property shall revest in the Debtor when the Debtor is granted a discharge pursuant to 11 U.S.C. § 1328, or upon dismissal of the case, or upon closing of the case.

8. Non-Standard Provisions:

Date **June 14, 2010**                    Signature **/s/ Deidra Harris-Easly**
                                                    **Deidra Harris-Easly**
                                                    Debtor

Attorney **/s/ Adam M. Freiman**
         **Adam M. Freiman**

# United States Bankruptcy Court
## District of Maryland

In re  **Deidra Harris-Easly**   Case No. **10-16854**
Debtor(s)   Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **June 14, 2010**, a copy of **Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed on the attached creditor mailing matrix.

/s/ Adam M. Freiman
**Adam M. Freiman**
**Sirody Freiman & Feldman**
**1777 Reisterstown Road**
**Suite 360 E**
**Baltimore, MD 21208**
**410-415-0445 Fax:410-415-0744**
**afreiman@sfflegal.com**

```
INTERNAL REVENUE SERVICE            (d)Internal Revenue Service        End of Label Matrix
CENTRALIZED INSOLVENCY OPERATIONS      P.O. Box 16336                  Mailable recipients    26
PO BOX 21126                           Philadelphia, PA 19114          Bypassed recipients     0
PHILADELPHIA, PA 19114-0326                                            Total                  26
```

```
Label Matrix for local noticing        Arrow Financial Servic (Original Cr    Asset Accept (Tartget)
0416-1                                 5996 W Touhy Ave                        Po Box 2036
Case 10-16854                          Niles, IL 60714-4610                    Warren, MI 48090-2036
District of Maryland
Baltimore
Mon Jun 14 11:08:27 EDT 2010

Asset Acceptance LLC                   Atlantic Crd                            Cap One
Po Box 2036                            P O Box 13386                           Po Box 85520
Warren MI 48090-2036                   Roanoke, VA 24033-3386                  Richmond, VA 23285-5520


Capital One Auto Finan                 Comcast -Baltimore County               Comptroller of Maryland
3901 Dallas Pkwy                       PO Box 3006                             Revenue Admins Division
Plano, TX 75093-7864                   Southeastern, PA 19398-3006             Annapolis, MD 21411-0001


Comptroller of the Treasury            Credit Protection Assoc                 Deputy County Attorney
Compliance Division, Room 409          13355 Noel Road, Suite 2100             Baltimore County Office of Law
301 W. Preston Street                  Dallas, TX 75240-6837                   400 Washington Avenue, 2nd Floor
Baltimore, MD 21201-2305                                                       Towson, MD 21204-4606


I.C. System, Inc.                      (p)INTERNAL REVENUE SERVICE             Jefferson Capital Systems LLC
444 Highway 96 East                    CENTRALIZED INSOLVENCY OPERATIONS       PO BOX 7999
P.O. Box 64437                         PO BOX 21126                            SAINT CLOUD MN 56302-7999
Saint Paul, MN 55164-0437              PHILADELPHIA PA 19114-0326


LHR Inc (Juniper Bank)                 LabCorp                                 Lvnv Funding Llc (Original Creditor
1 Main St                              PO Box 2240                             Po Box 740281
Hamburg, NY 14075-4930                 Burlington, NC 27216-2240               Houston, TX 77274-0281


Midland Credit Management, Inc.        Nco Fin /99 (Original Creditor:Medi     Nco-Medclr (Original Creditor:Emcar
8875 Aero Drive, Suite 200             Pob 41466                               Po Box 8547
San Diego, CA 92123-2255               Philadelphia, PA 19101                  Philadelphia, PA 19101


Northland Group, Inc.                  RJM Acquisition LLC/Wachovia            Rubeinstein, Cogan, Quick, P.C.
P.O. Box 390846                        575 Underhill Blvd                      12 S. Summit Avenue, Ste 250
Minneapolis, MN 55439-0846             Suite 224                               Gaithersburg, MD 20877-2092
                                       Syosset, NY 11791-3416


Securityplus Federal C                 State of Maryland DLLR                  Supervisor of Delin. Accts.
7135 Windsor Blvd                      Division of Unemployment Insurance      Rm. 1 Municipal Building
Baltimore, MD 21244-2706               1100 N. Eutaw Street, Room 401          Holliday & Lexington Streets
                                       Baltimore, MD 21201-2201                Baltimore, MD 21202
```

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).